MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:24-cv-02768-CSK<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from February 5 to March 7, 2025. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional time because undersigned counsel has nine district court briefs due from February 5 to February 24, 2025, and needs additional time.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before March 7, 2025;
- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before March 21, 2025).

Respectfully submitted,

DATE: January 30, 2025                  */s/ Michelle Jordana Shvarts* *
                                        MICHELLE JORDANA SHVARTS
                                        Attorney for Plaintiff
                                        (* approved via email on 1/30/25)

                                        PHILLIP A. TALBERT
                                        United States Attorney

DATE: January 30, 2025          By      *s/ Marcelo Illarmo*
                                        MARCELO ILLARMO
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that, for good cause shown, Defendant shall have an extension of time from February 5, 2025 to March 7, 2025 to respond to Plaintiff's opening brief.  Plaintiff's optional reply shall be due within 14 days of the filing of Defendant's brief.

Dated:  February 3, 2025

_____
THE HONORABLE CHI SOO KIM
United States Magistrate Judge

5, gonz.2768.24